UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHARLES LAKEEFE TAYLOR § | |
|     TDCJ-CID #784490 § | |
| § | |
| v. § | C.A. NO. C-05-347 |
| § | |
| WILLIS BUNTON § | |

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

On August 18, 2005, the United States Magistrate Judge filed her Amended Memorandum and Recommendation in this cause (D.E. 11). After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation. *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, this action is dismissed for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a). Furthermore, plaintiff's "Motion-Denial of Property" (D.E. 8) is denied and the claims in that motion are dismissed without prejudice as unexhausted. Finally, plaintiff is prohibited from filing future civil actions without first obtaining permission from the Court, conditioned upon plaintiff

demonstrating proper exhaustion of his claims, by submitting copies of his step 1 and step 2 grievances specifically related to the claims sought to be pursued.

ORDERED this ___1___ day of ___September___, 2005.

_____
HAYDEN HEAD
CHIEF JUDGE